```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 16666
    LONTA A MUHAMMAD
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8495


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/27/2008 and was not confirmed.

      The case was dismissed without confirmation 08/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
ACCREDITED HOME LENDERS   SECURED NOT I  NOT FILED               .00            .00
ALLIANT CREDIT UNION      SECURED NOT I        .00               .00            .00
ALLIANT CREDIT UNION      UNSECURED         1336.79              .00            .00
CHASE MANHATTAN MTG CORP  SECURED NOT I  NOT FILED               .00            .00
COOK COUNTY TREASURER     SECURED              .00               .00            .00
FREMONT INVESTMENT & LOA  SECURED NOT I  NOT FILED               .00            .00
LITTON LOAN SERVICING     SECURED NOT I  NOT FILED               .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG        .00               .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE   25000.00               .00            .00
WASHINGTON MUTUAL MORTGA  CURRENT MORTG        .00               .00            .00
WASHINGTON MUTUAL MORTGA  MORTGAGE ARRE    7000.00               .00            .00
WILSHIRE MTG              SECURED NOT I  NOT FILED               .00            .00
WILSHIRE MTG              SECURED NOT I  NOT FILED               .00            .00
ALLIANT CREDIT UNION      UNSECURED      NOT FILED               .00            .00
AMERICAN EXPRESS          UNSECURED      NOT FILED               .00            .00
AMERICAN EXPRESS          UNSECURED          901.00              .00            .00
AMERICAN GENERAL          UNSECURED      NOT FILED               .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1233.63              .00            .00
BARCLAYS BANK DELAWARE    UNSECURED      NOT FILED               .00            .00
CAPITAL ONE               UNSECURED      NOT FILED               .00            .00
CAPITAL ONE               UNSECURED      NOT FILED               .00            .00
CHASE BP                  NOTICE ONLY    NOT FILED               .00            .00
CITIBANK                  UNSECURED      NOT FILED               .00            .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED               .00            .00
LENSCRAFTERS/GEMB         UNSECURED      NOT FILED               .00            .00
GEMB/WALMART              UNSECURED      NOT FILED               .00            .00
HEAVNER SCOTT BEYERS & M  NOTICE ONLY    NOT FILED               .00            .00
ROUNDUP FUNDING LLC       UNSECURED         1106.43              .00            .00
HSBC                      UNSECURED         1370.87              .00            .00
HSBC                      NOTICE ONLY    NOT FILED               .00            .00
PENTAGON FEDERAL C U      UNSECURED      NOT FILED               .00            .00
PENTAGON FEDERAL C U      UNSECURED      NOT FILED               .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          850.13              .00            .00
PIERCE & ASSOC            NOTICE ONLY    NOT FILED               .00            .00
TARGET                    UNSECURED      NOT FILED               .00            .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 16666 LONTA A MUHAMMAD
```

```
US DEPT OF EDUCATION       UNSECURED       NOT FILED              .00              .00
WASHINGTON MUTUAL/PROVID   UNSECURED       NOT FILED              .00              .00
WILSHIRE CREDIT CORPORAT   NOTICE ONLY     NOT FILED              .00              .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED              .00              .00
REGAL TIME RESOLUTIONS     UNSECURED        47618.48              .00              .00
LEGAL HELPERS PC           DEBTOR ATTY      2,350.00                            713.00
TOM VAUGHN                 TRUSTEE                                               62.00
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      775.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     713.00
TRUSTEE COMPENSATION                                62.00
DEBTOR REFUND                                         .00
                          ---------------     ---------------
TOTALS                       775.00                775.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/19/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE